1  SEYFARTH SHAW LLP
   Kurt A. Kappes (State Bar No. 146384)
2  James D. McNairy (State Bar No. 230903)
   400 Capitol Mall, Suite 2350
3  Sacramento, California 95814-4428
   Telephone: (916) 448-0159
4  Facsimile: (916) 558-4839

5  SEYFARTH SHAW LLP
   Louis S. Chronowski (*Pro Hac Vice*)
6  Email: lchronowski@seyfarth.com
   Marcus Mintz  (*Pro Hac Vice*)
7  Email: mmintz@seyfarth.com
   131 South Dearborn Street, Suite 2400
8  Chicago, Illinois 60603
   Telephone: (312) 460-5000
9  Facsimile:  (312) 460-7000

10 Attorneys for Defendants/Counterclaimant
   ROADTREK MOTOR HOMES, INC. and MICHAEL WOODS
11
   LAW OFFICE OF MICHAEL M. SIEVING
12 Michael M. Sieving (State Bar No. 119406)
   Email: msieving@sievinglaw.com
13 Tina Hopper (State Bar No. 256746)
   Email: thopper@sievinglaw.com
14 350 University Avenue, Suite 105
   Sacramento, California 95825
15 Telephone:  (916) 649-3500
   Facsimile:  (916) 649-3159
16
   Attorneys for Plaintiff/Counter-Defendant
17 MANTECA TRAILER AND CAMPER, INC. dba
   RVS OF SACRAMENTO AND BRAWLEY'S RV
18

19 **UNITED STATES DISTRICT COURT**

20 **FOR THE EASTERN DISTRICT OF CALIFORNIA**

21 MANTECA TRAILER AND CAMPER, INC., ) Case No. 2:08-CV-01914-WBS-EFB
   a California Corporation, dba RV'S OF    )
22 SACRAMENTO and BRAWLEY'S RV              ) **STIPULATION OF DISMISSAL WITH**
                                            ) **PREJUDICE; [PROPOSED] ORDER**
23         Plaintiff/Counterdefendant,      )
                                            )
24         v.                               )
                                            )
25 ROADTREK MOTORHOMES, INC., a             )
   Foreign Corporation; MICHAEL WOODS, an   )
26 Individual,                              )
                                            )
27         Defendants/Counterclaimants.     )

28

                                  1
SC1 17105509.1        STIPULATION OF DISMISSAL WITH PREJUDICE; [PROPOSED ORDER]

Pursuant to the Settlement Agreement and General Mutual Release signed by the parties and Rule 41(a) of the Federal Rules of Civil Procedure, the parties agree that this civil action should be dismissed with prejudice and with each party to bear their own attorneys' fees and costs.

SO STIPULATED:

DATED: July 22, 2009                     LAW OFFICES OF MICHAEL M. SIEVING

By   /s/ Michael M. Sieving
         Michael M. Sieving
Attorneys for Plaintiff/Counterdefendant
MANTECA TRAILER AND CAMPER, INC. dba RVS OF SACRAMENTO AND BRAWLEY'S RV

DATED: July 22, 2009                     SEYFARTH SHAW LLP

By   /s/ James D. McNairy
         Louis S. Chronowski
         Kurt A. Kappes
         James D. McNairy
         Marcus Mintz
Attorneys for Defendants/Counterclaimants
ROADTREK MOTOR HOMES, INC. AND MICHAEL WOODS

**IT IS SO ORDERED:**

**DATED:  July 22, 2009**

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE